**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 113465
*Attorneys for Plaintiff*

**FILED**
**CLERK**
5/21/2018 4:40 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Michael A. Dibartolo, Individually and On Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>The Receivable Management Services Corporation,<br><br>Defendant. | Docket No: 2:18-cv-02232-JMA-AKT |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: May 20, 2018

Case closed.
SO ORDERED.
/s/ JMA, USDJ
5/21/2018

**BARSHAY SANDERS, PLLC**

By:  /s *David M. Barshay*
David M. Barshay
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 113465
*Attorneys for Plaintiff*